UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Oregon_ DIVISION

FILED 19 JAN '23 11:03 USDC-ORP

_____
Brian Shaffer
_(Enter full name of plaintiff)_

Plaintiff,

v.

_____
Clayton Police
David Bevens
Travis Mumey
_(Enter full name of ALL defendant(s))_
Commander John doe
Lt. John doe
SST. John doe  Defendant(s).

Civil Case No. 6:23-cv-00094-CL
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Commander Brian Shaffer
Street Address: 4000 Aumsville Hwy SE
City, State & Zip Code: Salem OR 97317
Telephone No.: ~~~~~~ or call law library MCCF P. Moncher

Complaint for Violation of Civil Rights (Prisoner Complaint)          1
[Rev. 01/2018]

**Defendant No. 1**  Name: LT John Doe stayton police dep
Street Address: 386 N 3rd
City, State & Zip Code: STAyTON OR
Telephone No.: 97383

**Defendant No. 2**  Name: SGT John Doe Stayton police dep
Street Address: 386 N 3rd
City, State & Zip Code: STAyTON OR
Telephone No.: 97383

**Defendant No. 3**  Name: David Bevins #52945 stayton police dept
Street Address: 386 N. 3rd Rd
City, State & Zip Code: Stayton OR
Telephone No.: 97383

**Defendant No. 4**  Name: Travis Murray #44834 stayton police dept
Street Address: 386 N 3Rd
City, State & Zip Code: Stayton Oregon
Telephone No.: 97383

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)  Marion County Stayton police Jail employees Commander sgt Lt, ect.

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

Defendant NO 5th name Commander John doe Age 2

Street Address 386 N. 3rd Stayton police Dept.

City State @ zip Stayton OR. 97383

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Eight Ammendment, Fourth Ammendment, Fourteenth Ammenment, & possibly many other

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

① Hayter Comondr, john doe Jan 10-20 under color of law knowingly allowed his officers to violate my rights. ② Lt John doe Hayter police Station allowed his officers to violate my rights. ③ Sgt officer of the Hayter police station violated my right as he allowed his officers to violate me. Commander, LT, Sgt all who were acting on shift date of January 10-2021 allowed the act of my rights to be Authorized as I was assaulted through their Authority. I was held hostage in a cell at Hayter Police Station and traumatized for 7 Hours.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I have suffered traumatic pain & suffering, experience nightly night terrors, scar on my neck, Been

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

Claim I [Extension 2nd page of 3]

David Bevens Stayton police officer arrested me and took me down to police station then violated my rights by taking blood and urine samples Jan 10-20.

Travis McEnery Stayton arresting police officer, took me in custody and then transported me to Stayton Hospital then against my will or with out a warrant took a urine and blood sample.

Claim II   January 20-2020   [Extension]

Deeply Humiliated, Depreciation of Character, Community Harassed, assaulted physically & verbally by all parties involved, coerced and bullied into providing a U.A., peered in at Stayton Hospital rest room, 0.27 drunk no drugs no warrants. Due to my lack in knowledge in the Magistrates Court room and legal knowledge/Counsel I would ask the court please to bring in an attorney/advocate to better help me process the paper work in order to file my tort claim being they cost $, I dont want to waste the courts time nor my own in frivolous matters... I dont have money let alone the money to file a tort or for legal fees, copies, counsel ect. so I would like help getting this filed properly the first time. As of today I am receiving no assistance from the Stayton police all parties involved. The Stayton police are ignoring me, as they continue to practice their threats to safety and security to the community.

I ask for some one to help advocate better help process so of today I still await info of the incident report and all parties involved names, Et as they the Stayton police still work amongst the community, they have not been written up for misconduct or held accountable. The Commander TT, Sgt Bivens, Murray all ignored me by not handling this matter perhaps pose a very serious threat to yet the very community they all, in corruption they claim to protect.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I sent a letter to Stayton police (          ) never received responed back, I have medical kites here in marion county correction jail of my medical abuse related to their assaults I have mother endless amounts of civil Attorneys spoke with Attorney Wolf Thompson

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would ask that the Courts make Stayton Police station pay for all filing fees, copies, legal supplies, Mental Health, medical bills Both in house and out house, doctor bill, prescriptions debt due to processing or which occured to this civil suit,.. And or any counsling and or other attorney fees, administ fees, court fees ect... & Damages, I'm asking Stayton police Commander Joe doe Demoted as well as TT Stayton police officer Joe Doe Sgt Stayton police officer be Josh doe,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___6___ day of __January__, 20_23_.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]

as well all involved parties put in for resignation, along with the rest of the police Stayton station that was working that shift Jan-10-21. Not only have most these parties involved tried to stone wall me with providing any info, But use their Authority position to cover up as long, which poses a threat and safety to security of the Stayton police institution & my self but as well continue working in enforcement this is unprofessional, inappropriate & unconstitutional. But each are not only guilty of condoning unprofessional behavior but break Stayton Police Rules & Regulations by not with Holding fellow employees accountable but are guilty of Aiding and abetting preventing me the right to file criminal charges.