IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN SCHAEFFER,

    Plaintiff,

v.

STAYTON POLICE, *et al.*,

    Defendants.

Civ. No. 6:23-cv-00094-CL

JUDGMENT

This action is DISMISSED without prejudice.

DATED: 6/1/2023

    Melissa Aubin, Clerk

    By   /s/ C. Kramer
           Deputy Clerk

1 –JUDGMENT